IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JERONIMO MADRIZ-REYNA,<br><br>　　　　Defendant.<br>_____ / | No. CR 07-00004 CRB<br>C 10-01302 CRB<br><br>**ORDER DENYING REQUEST TO FILE SUBSEQUENT 2255 PETITION** |

On September 13, 2012, Defendant/Petitioner Madriz-Reyna requested permission from this Court to file a subsequent habeas petition. Dkt. 159. This would be Madriz-Reyna's third habeas petition. See Order Denying Motion to Vacate Judgment (dkt. 151) at 2. This Court lacks the authority to grant Madriz-Reyna's request, because Madriz-Reyna must receive permission to file a subsequent petition from the court of appeals. 28 U.S.C. § 2244(b)(3); see also 28 U.S.C. § 2255(h); United States v. Allen, 157 F.3d 661, 664 (9th Cir. 1998). Accordingly, Madriz-Reyna's request is DENIED.

**IT IS SO ORDERED.**

Dated: September 28, 2012

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1302\Order denying request for 3d petition.wpd